# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHIRLETTE SISTRUNK, Relatrix, and SHIRLETTE SISTRUNK,<br><br>                Plaintiffs,<br><br>vs.<br><br>AHMED H. MOHAMED, *et al.*,<br><br>                Defendants. | Case No. 2:16-cv-01123-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff Shirlette Sistrunk's *Ex Parte* Motion to Extend Time for Service of Complaint (ECF No. 5), filed on September 13, 2016.

Plaintiff brings this motion pursuant to Rule 4(m) of the Federal Rules of Civil Procedure—which governs the time limit of service— and requests an extension of time to serve her complaint. The Court entered a Notice (ECF No. 3) on September 9, 2016 that advised Plaintiff of the Court's intent to dismiss this case for failure to file a proper proof of service as to all Defendants in this case. However, this Notice was entered in error as this case was brought to this Court pursuant to 31 U.S.C. § 3730(b)(2), which states, "The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." The Court recently entered an order unsealing the complaint and authorizing service. (*See* ECF No. 6). As such, the Court will grant Plaintiff's request and pursuant to Rule 4(m), will allow Plaintiff ninety (90) days from the date of the Court's Order (ECF No. 6) in which to serve Defendants. Accordingly,

. . .

. . .

    **IT IS HEREBY ORDERED** that Plaintiff Shirlette Sistrunk's *Ex Parte* Motion to Extend Time for Service of Complaint (ECF No. 5) is **granted**.  Plaintiff shall have until <u>**December 14, 2016**</u> to serve her complaint.

    DATED this 15th day of September, 2016.

                                                            */s/ George Foley, Jr.*
                                                           GEORGE FOLEY, JR.
                                                           United States Magistrate Judge