RON SUNG, ESQ.
Nevada State Bar No. 13047
I. KRISTINE BERGSTROM, ESQ.
Nevada State Bar No. 10841
Nevada Legal Services, Inc.
530 South Sixth Street
Las Vegas, Nevada 89101
(702) 386-0404 x148
Facsimile (702) 388-1641
rsung@nlslaw.net
*Attorneys for Shirlette Sistrunk*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SHIRLETTE SISTRUNK, Relatrix, and SHIRLETTE SISTRUNK,<br><br>Plaintiffs,<br><br>v.<br><br>AHMED H. MOHAMED, NADINE KORAYEM, and AHMED H. MOHAMED & NADINE KORAYEM as TRUSTEES of THE MOHAMED-KORAYEM REVOCABLE LIVING TRUST,<br><br>Defendants. | Case No.: 2:16-CV-01123-JCM-GWF<br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff SHIRLETTE SISTRUNK and Defendants AHMED H. MOHAMED, NADINE KORAYEM, and AHMED H. MOHAMED & NADINE KORAYEM as TRUSTEES of THE MOHAMED-KORAYEM REVOCABLE LIVING TRUST, LLC (together "Defendants"), by and through their counsels of record, and stipulate and agree that the above-entitled shall be dismissed with prejudice with each party to bear their own costs.

1

Parties also agree that this stipulation will not affect the current judgment for North Las Vegas Justice Court Case No. 15AN000119.

Respectfully Submitted,

| | |
|---|---|
| March 6, 2017<br>Date | /s/ RON SUNG<br>RON SUNG, ESQ.<br>Nevada State Bar No. 13047<br>I. KRISTINE BERGSTROM, ESQ.<br>Nevada State Bar No. 10841<br>Nevada Legal Services, Inc.<br>530 South Sixth Street<br>Las Vegas, Nevada 89101<br>(702) 386-0404 x148<br>*Attorneys for Shirlette Sistrunk* |
| March 6, 2017<br>Date | /s/ KEEN L. ELLSWORTH<br>Keen L. Ellsworth, Esq.<br>Nevada State Bar No. 4981<br>Ellsworth & Bennion, CHTD.<br>777 N Rainbow Blvd, Ste 270<br>South Tower / 2nd Floor<br>Las Vegas, Nevada 89107-1187<br>Telephone: (702) 767-9987<br>*Attorneys for Defendants* |

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that Case No.: 2:16-cv-01123-JCM-GWF shall be dismissed with prejudice with each party to bear their own costs.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: March 10, 2017

2